875 A.2d 952

WILLIAM L. HOUCK AND MARY HOUCK, HIS WIFE, PLAIN-
TIFFS–RESPONDENTS, v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY, DEFENDANT–PETITIONER.

June 9, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Pinto v. New Jersey Manufacturers Insurance Company*, 183 *N.J.* 405, 874 *A.2d* 520 (2005).

875 A.2d 952

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. W.O., DEFENDANT–PETITIONER.

June 22, 2005.

Denied.